STEPHEN PEARL, Sheriff, Appellant,
*against*
EBENEZER ALLEN, Appellee.

CASE. On a receipt for property attached on *mesne* process. General issue. Trial *per pais*.

The appellant offered a receipt in evidence, purporting to have been signed by the appellee, and offered to prove the execution of the receipt,

First. By comparison of hand-writings.

Secondly. By the concession of the party at the lower Court.

Objected, That the *subscribing witness* is within process of the Court, and ought to be produced.

Comparison of hands, or concession of a party on a former trial when not attached to the record, cannot be given in evidence while the subscribing witness to a contract is within process.

By the Court. Comparison of hand-writings cannot be admitted in evidence, or the concession of the party at the lower Court, whilst the subscribing witness resides within the process of the Court. The defendant must not in this way be deprived of cross-examining the subscribing witness to the contract. The concession of a party on a former trial, when not attached to the record, must be considered as a concession for that trial only.